IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:25-CR-340-KDB-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL PRESTANO, JR., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Unopposed Motion To Modify Conditions Of Release" (Document No. 13) filed January 27, 2026. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting the Government does not oppose the motion and the United States Probation Office takes no position on the motion, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Unopposed Motion To Modify Conditions Of Release" (Document No. 13) is **GRANTED**. The terms and conditions of Defendant's release are hereby modified, and the mental health evaluation and counseling requirement is **REMOVED**. Defendant shall comply with all other terms and conditions of his release.

**SO ORDERED**.

Signed: January 28, 2026

David C. Keesler
United States Magistrate Judge